STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ERNEST INGENITO, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Law Division.

*Mr. Charles Camp Cotton* for the petitioner.

November 21, 1955.

DANIEL J. MORIARTY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JACK POZNER, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 586.

*Messrs. Platoff, Platoff & Heftler, Mr. Jacob Green* and *Mr. S. David Harrison* for the petitioners.

*Messrs. Burke, Sheridan & Hourigan, Mr. Joseph C. Glavin, Mr. Robert L. Garibaldi* and *Mr. Nicholas S. Schloeder* for the respondents.

November 21, 1955.